# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Ingram Enterprises, Inc. doing business as Fireowrks Over America, | ) ) ) |
| Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) ) |
| Torch's Fireworks, LLC, Christopher W. Houston, | ) ) ) |
| | ) Case No. 1-17-cv-99 |
| Defendants. | ) |

Before the court is a motion for attorney Grant D. Johnson to appear *pro hac vice* on the Plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Johnson has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Johnson has also paid the required admission fees to the office of the Clerk. Accordingly, the current motion (Docket No. 2) is **GRANTED**. Attorney Johnson is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 17th day of May, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge