# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Ingram Enterprises, Inc., d/b/a Fireworks over America, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) ) | |
| Torch's Fireworks, LLC, and Christopher W. Houston, f/n/a Christopher W. Robbins, | ) ) ) ) | Case No. 1:17-cv-099 |
| Defendants. | ) ) | |

On May 28, 2018, plaintiff filed notice of voluntary dismissal without prejudice. Therein, it notes that defendants have to date neither filed an answer nor otherwise responded to its complaint.

Accordingly, the court **DISMISSES** the above-entitled action without prejudice.

**IT IS SO ORDERED.**

Dated this 29th day of May, 2018.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court